390 A.2d 1263

**COMMONWEALTH of Pennsylvania**

v.

**Donald W. GREEN, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1978.

Decided Sept. 22, 1978.

Michael J. Wherry, Public Defender, Mercer, for appellant.

Samuel J. Orr, IV, Dist. Atty., David B. Douds, Asst. Dist. Atty., Mercer, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Judgment of sentence is vacated and the record is remanded to the trial court for consideration in light of *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).